**DISMISS and Opinion Filed June 9, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00032-CV

**E-SYSTEMS CORPORATION, RONALD FINLAYSON, AND DAVID ZISSKIND, Appellants**
**V.**
**LIQUID CAPITAL EXCHANGE, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16142**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

We reinstate this appeal. In July 2018, we abated this case due to David Zisskind's bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on October 15, 2018, effectively dissolving the automatic stay.

We notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the

failure to respond would result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b), (c); *The Tex. Ranger Oil Co. v. Alamo Fluids, Inc.*, 2021 WL 1731795, at *1 (Tex. App.—Dallas May 3, 2021, no pet. h.) (mem. op.).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

180032F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

E-SYSTEMS CORPORATION, RONALD FINLAYSON, AND DAVID ZISSKIND, Appellants

No. 05-18-00032-CV      V.

LIQUID CAPITAL EXCHANGE, INC., Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-16-16142. Opinion delivered by Justice Garcia. Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered June 9, 2021